# *IN THE SUPREME COURT, STATE OF WYOMING*

## 2023 WY 66

*April Term, A.D. 2023*

**June 28, 2023**

KRISTINA MARIE LARSON,

**Appellant**
**(Defendant),**

**v.**                                                       S-23-0085

THE STATE OF WYOMING,

**Appellee**
**(Plaintiff).**

## ORDER AFFIRMING THE DISTRICT COURT'S ORDER DENYING MOTION FOR SENTENCE REDUCTION

[¶1]   **This matter** came before the Court upon its own motion following the filing of Appellant's *pro se* brief.  Appellant took this appeal to challenge the district court's February 14, 2023, Order Denying Motion for Reduction of Sentence.

[¶2]   On May 23, 2023, Appellant's court-appointed appellate counsel e-filed a Motion to Withdraw as Counsel, pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 1400, 18 L.Ed.2d 493 (1967).  This Court subsequently entered an Order Granting Motion for Extension of Time to File *Pro Se* Brief.  This Court permitted Appellant to file a *pro se* brief specifying the issues she would like the Court to consider in this appeal.  This Court also provided notice that, after the time for filing a *pro se* brief expired, this Court would make its ruling on counsel's motion to withdraw and, if appropriate, make a final decision on this appeal.  Appellant filed a *pro se* brief June 16, 2023.

[¶3]   Now, following a careful review of the *pro se* brief, the record, and the *Anders* brief submitted by appellate counsel, this Court finds that appellate counsel's motion to withdraw should be granted and the district court's Order Denying Motion for Reduction of Sentence should be affirmed.  It is, therefore,

[¶4]  **ORDERED** that the Wyoming Public Defender's Office, court-appointed counsel for Appellant Kristina Marie Larson, is hereby permitted to withdraw as counsel of record for Appellant; and it is further

[¶5]  **ORDERED** that the Carbon County District Court's February 14, 2023, Order Denying Motion for Reduction of Sentence, be, and the same hereby is, affirmed.

[¶6]  **DATED** this 28th day of June, 2023.

BY THE COURT:

/s/

**KATE M. FOX**
**Chief Justice**